JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KIMSEY,<br><br>      Plaintiff,<br><br>   v.<br><br>BLUE CROSS BLUE SHIELD OF TEXAS,<br><br>      Defendants. | CV 14-5513 PA (SHx)<br><br>JUDGMENT |

      Pursuant to the Court's April 13, 2015 Minute Order granting the Motion for Attorneys' Fees filed by plaintiff Todd Kimsey ("Plaintiff"), and the decision of defendant Health Care Service Corporation dba Blue Cross and Blue Shield of Texas ("Defendant") to pay the health insurance claim submitted by Plaintiff in accordance with the terms and conditions of the subject insurance policy, it is hereby ORDERED, ADJUDGED, AND DECREED that:

      Defendant shall pay to Plaintiff the total amount of $41,517.00 (itemized as $40,920.00 in attorneys' fees and $597.00 in costs).

DATED: April 13, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE